## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Anthony N. Brumfield, being first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search of the property described in Attachment A to obtain the electronically stored information described in Attachment B.

2. I am a Special Agent for the Drug Enforcement Administration ("DEA"), and as such, I am a "federal law enforcement officer" within the meaning of Fed. R. Crim. P. 41(a)(2)(C) and am authorized to apply for search warrants. As a Special Agent employed by the DEA, I am also authorized pursuant to Title 21 U.S.C. § 878 to execute and serve search warrants and arrest warrants issued under the authority of the United States. I have been employed as a Special Agent of the DEA since October 2020, and I am currently assigned to the Charleston, West Virginia District Office. As part of my duties with the DEA, I investigate violations of federal law, including drug trafficking statutes enumerated in 21 U.S.C. §§ 841 and 846.

5

3. Previously, I was employed as a West Virginia State Trooper for approximately one and one half years. As a West Virginia State Trooper, my primary duties were enforcing West Virginia state laws, providing emergency assistance, conducting investigations, writing reports, and presenting testimony in court.

4. During my tenure with the DEA, I have executed search warrants for narcotics, weapons, and records, books, and proceeds which are associated with illicit activity. I have assisted in the arrests of individuals for violations of state and federal narcotics laws. I have also interviewed and participated in debriefs of individuals who have been involved in the use or sale of controlled substances.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents/officers and witnesses. This affidavit is intended to demonstrate that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this investigation.

### BACKGROUND INFORMATION REGARDING FACEBOOK

6. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.Facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the public.

7. Facebook asks users to provide basic contact information either during the registration process or thereafter. This information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a unique user identification number to each account.

8. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to only some Facebook users, to all Facebook users, or to anyone with access to the Internet; even those who are not Facebook users. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

9. Facebook users can create profiles that include photographs, lists of personal interests, employment information, educational institution affiliation, residential information and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. A particular user's profile page also includes a "Wall," which is a space where the user and his or her Facebook "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

10. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; Mini-Feed information; deleted information; status updates; links to videos, photographs, articles, and other items; notes; wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past

8

event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

11. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so. Based on the Affiant's training and experience, the information in this paragraph is available for every Facebook page.

12. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their account, such as technical problems, billing inquiries, or

9

complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider, as well records of any actions taken by the provider or user as a result of these communications.

13. The computers of Facebook are likely to contain all the material previously described, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and account application.

14. Facebook uses a feature called "Messenger" or "Facebook Messenger" as either an independent application, or an application within the user's Facebook page that enables Facebook users to communicate directly with one another. Users may share files, images or other content via "Messenger". Based on my training and experience, drug dealers often use Facebook and Facebook messenger to plan and conduct drug transactions, talk to customers, discuss quantities, prices, drug deliveries, and meeting places.

**PROBABLE CAUSE**

15. In July 2021, the DEA Charleston District Office received information from West Virginia State Trooper Tyler Hannon ("Hannon") regarding a retail level drug dealer operating in the Logan County, West Virginia region named Ted Topeka ("TOPEKA").

16. In July 2021, Hannon was present for a debrief of an individual. The debriefed individual advised that he/she had been receiving drugs including heroin/fentanyl and Opana 40mg pills from TOPEKA and from TOPEKA'S residence for around 15 years. (I am aware based upon my training and experience that Opana is a brand name for oxymorphone. Oxymorphone and fentanyl are Schedule II controlled substances). The debriefed individual also advised that he/she had purchased large amounts of drugs; up to $80,000.00 from TOPEKA. The debriefed individual also advised that TOPEKA uses car part terms and other language to disguise drug conversations.

17. Based in part on the above, Hannon obtained a state search warrant for TOPEKA's residence located at 33 Carlton Lane, Superior Bottom, Omar, West Virginia on July 31, 2021.

18. On August 1, 2021, law enforcement officers arrived at 33 Carlton Lane, Superior Bottom, Omar, West Virginia, the residence of TOPEKA, to serve the search warrant. Upon entry, a total of

three individuals were located. TOPEKA, Sandra Topeka (wife of TOPEKA), and Jacob Topeka (Grandson of TOPEKA).

19. Investigators located TOPEKA in the bathroom attempting to flush suspected Opana pills and suspected heroin/fentanyl down the toilet. Investigators subsequently detained TOPEKA and retrieved the narcotics from the toilet.

20. Upon execution of the warrant, investigators seized approximately 350 suspected controlled substance pills, 15.5 ounces of suspected heroin, one ounce of suspected marijuana, two firearms, two mobile phones, and one i-Pad. In plain view on the i-Pad, Hannon observed Facebook messages between TOPEKA and another individual containing car part terms and other language consistent with the drug trade. Hannon identified TOPEKA through his profile picture on the Facebook messenger application.

21. On August 3, 2021, DEA Special Agent Anthony Brumfield conducted an open-source search for Ted Topeka on Facebook.com. The search yielded two Facebook profiles which included photographs of TOPEKA, along with Ted Topeka being the Facebook profile name. Upon further search, each Facebook account included a link stating Ted's profile link. Ted Topeka's Facebook account profile links stated https://www.facebook.com/Ted.Sr.2 and https://www.facebook.com/ted.topeka.524.

22. On August 3, 2021, DEA Special Agent Ronald McClendon submitted a preservation request to Facebook to preserve TOPEKA's accounts from August 3, 2019 to August 3, 2021.

23. On September 9, 2021, I reviewed a report from the DEA Mid-Atlantic Laboratory indicating that one of the substances seized from TOPEKA'S residence was analyzed and tested positive for Fentanyl and weighed approximately 28.59 grams.

24. Your Affiant anticipates executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Attachment B.

25. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## **CONCLUSION**

26. Based upon the information set forth herein, TOPEKA has committed one or more violations of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), that is, Conspiracy to distribute fentanyl and oxymorphone and Possession with Intent to Distribute fentanyl and oxymorphone, within the Southern District of West Virginia. Further, there is probable cause that evidence of those offenses (described in Attachment B) are currently located within the location described in Attachment A.

Further your Affiant sayeth naught.

Respectfully submitted,

Anthony N. Brumfield
Special Agent, DEA

Sworn to me and subscribed in my presence this 12th day of October 2021.

DWANE L. TINSLEY
United States Magistrate Judge

14